**No. 39351.**—Protest 77707–G of Herman Kahn & Co. (New York).

Opinion by TILSON, J.  Yarns similar to those involved in Abstract 25746 were held dutiable at 40 cents per pound under paragraph 31 as claimed.

**No. 39352.**—Protests 459154–G, etc., of Knox Hat Co. et al. (New York).

Opinion by TILSON, J.  The record showed that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 39353.**—Protests 988836–G, etc., of American Express Co. et al. (New York).

Opinion by TILSON, J.  The record showed that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 39354.**—Protest 919857–G of Romanes & Paterson (Boston).

Opinion by TILSON, J.  The record showed that certain items consist of wool outerwear similar to that involved in Abstract 36548.  The claim under paragraph 1114 was therefore sustained.

BEFORE THE THIRD DIVISION, SEPTEMBER 14, 1938

**No. 39355.**—Protests 613597–G, etc., of Ernesto Cardinale et al. (New York).

Opinion by KEEFE, J.  The protests were sustained on the authority of *Locatelli* v. *United States* (T. D. 49389).

**No. 39356.**—Petition 5716–R of F. W. Myers & Co., Inc. (Ogdensburg).

Opinion by KEEFE, J.  The petition was dismissed.